## IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

MATTHEW SEFFERNICK,      )
           )
    Plaintiff/Appellant,    )
           )    **Davidson Circuit**
           )    **No. 93C-1800**
VS.           )
           )    **Appeal No.**
           )    **01-A-01-9606-CV-00282**
SAINT THOMAS HOSPITAL AND    )
BARRY E. YARBROUGH, M.D.,    )
           )
Defendants/Appellees.     )

**ORDER**

**FILED**

January 8, 1997

Cecil W. Crowson
Appellate Court Clerk

In accordance with the opinion of the Court filed herein, the petition to rehear filed by the appellees is denied at the cost of appellees..

ENTER _____

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION

_____
SAMUEL L. LEWIS, JUDGE

_____
BEN H. CANTRELL, JUDGE